LAW LIBRARY

NO. 30515

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

TAWHIRI POWER LLC, Petitioner,

vs.

HAWAII ELECTRIC LIGHT COMPANY, INC.,
FRANK D. ROTHSCHILD, BYRON C. "KALE" FELDMAN,
and SCOTT H. STRAUSS, Respondents.

JEAN R. KIKUMOTO
CLERK APPELLATE COURTS
STATE OF HAWAII

2010 JUN -8 AM 11:20

FILED

ORIGINAL PROCEEDING

<u>ORDER DISMISSING PETITION</u>
(By: Moon, C.J., Nakayama, Acoba, and Duffy, JJ. and
Circuit Judge Kubo, in place of Recktenwald, J., recused)

Upon consideration of Tawhiri Power LLC's Petition for Writ of Prohibition, it appears we lack jurisdiction to issue a writ of prohibition against the named respondents. None of the named respondents are "courts of inferior jurisdiction" and no appeal is pending in the supreme court. *See* HRS §§ 602-5(a)(3) and (a)(5). Therefore,

IT IS HEREBY ORDERED that the petition is dismissed.

DATED: Honolulu, Hawai'i, June 8, 2010.